1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF NEVADA**
8 UNITED STATES OF AMERICA, )
)
9 Plaintiff, )
)
10 v. ) 3:11-CR-083-RCJ (RAM)
)
11 MARTIN DEAN CARR, )
)
12 Defendant. )

13 **PRELIMINARY ORDER OF FORFEITURE**

14 This Court finds that on September 15, 2011, defendant MARTIN DEAN CARR pled guilty
15 to Count Two of a Two-Count Criminal Indictment charging him with Receipt of Child
16 Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2). Docket # 1.

17 This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America
18 has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal
19 Indictment and the offense to which defendant MARTIN DEAN CARR pled guilty.

20 The following asset are subject to forfeiture pursuant to Title 18, United States Code, Section
21 2253:

22     1.     Custom Silver Computer Tower (No Serial Number and clear side panel);
23     2.     Seven Unattached Hard Drives
24     3.     One Hitachi Computer Monitor (Serial Number X224WDSCA9400305);
25     4.     One CD; and
26     5.     any book, magazine, periodical, film, videotape, or other matter which contains

any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252A(a)(5)(B) ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MARTIN DEAN CARR in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

    Greg Addington
    Assistant United States Attorney
    100 West Liberty Street, Suite 600
    Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 19th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Greg Addington, Assistant United States Attorney, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on September 16, 2011 by the below identified method of service:

Electronic Filing
Ramon Acosta
Federal Public Defender
201 West Liberty Street, Suite 102
Reno, NV 89501
Counsel for Martin Dean Carr

/s/GregAddington
GREG ADDINGTON
Assistant United States Attorney